**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Christian H. Carrara*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5026*
*Direct: (973) 494-6933*
*christian.carrara2@usdoj.gov*

August 13, 2026

**Via ECF**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Blasques Cervantes v. Mullin, et al.*, No. 26-8950 (CCC)**
**Petitioner's Release from Custody**

Dear Judge Cecchi:

This Office represents Respondents in the above-captioned habeas immigration action. Pursuant to Your Honor's August 13, 2026 Order, ECF 8, we write to respectfully inform the Court that U.S. Immigration and Customs Enforcement ("ICE") has advised this Office that Petitioner was released from immigration custody on August 13, 2026, at 2:39 p.m.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Christian H. Carrara*
CHRISTIAN H. CARRARA
Assistant United States Attorney
*Attorneys for Respondents*

In light of Petitioner's release, the Clerk's Office shall close this matter.
SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/19/2026